FILED
08 SEP -2 PM 2:44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jamal Thompson
        Plaintiff,

vs.

Ben Curry, Warden
        Defendant.

CV 08 3834 PJH (PR)

CASE NO. _____

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

    I, __Jamal Thompson__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.   Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1. If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a.  Business, Profession or self employment      Yes ___ No _X_

   b.  Income from stocks, bonds, or royalties?      Yes ___ No _X_

   c.  Rent payments?      Yes ___ No _X_

   d.  Pensions, annuities, or life insurance payments?      Yes ___ No _X_

   e.  Federal or State welfare payments, Social Security or other government source?      Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?      Yes ___ No _X_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____  Net $_____

4.  a.  List amount you contribute to your spouse's support: $ ___None___

1   b.  List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5                                   None
    _____
6   _____
7   5.  Do you own or are you buying a home?    Yes ___ No _X_
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.  Do you own an automobile?               Yes ___ No _X_
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ___ No ___ If so, Total due: $_____
12  Monthly Payment: $_____
13  7.  Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $_____
17  Do you own any cash? Yes ___ No _X_ Amount: $_____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No _X_
20  _____
21  8.  What are your monthly expenses?
22  Rent: $ ____N/A____         Utilities: ____N/A____
23  Food: $ ____N/A____         Clothing: ____N/A____
24  Charge Accounts:  No
25  Name of Account            Monthly Payment            Total Owed on This Acct.
26  _____                 $_____                $_____
27  _____                 $_____                $_____
28  _____                 $_____                $_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 3 -

1  9.     Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____No_____
4  _____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ____   No  X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11        I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  August 26, 2008                        Jamal Thompson
17      DATE                           SIGNATURE OF APPLICANT

Case Number: CV 08 3834 PJH (PR)

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___Jamal Thompson___ for the last six months
[prisoner name]
___Correctional Training Facility (CTF)___ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 26.26 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 62.35.

Dated: 8-28-08

*Brenda Nation, Acct Technician*
[Authorized officer of the institution]

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 8-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY *Brenda Nation*
TRUST OFFICE
Account Technician

-5-

```
REPORT ID: TS3030  .701                                          REPORT DATE: 08/28/08
                                                                 PAGE NO:        1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CTF SOLEDAD/TRI ACCOUNTING
                              INMATE TRUST AC    TING SYSTEM
                              INMATE TRUST AC    NT STATEMENT

                      FOR THE PERIOD: MAR. 29,  08 THRU AUG. 28, 2008

ACCOUNT NUMBER : H19614                       BED/CELL NUMBER: NOLAT3000000321U
ACCOUNT NAME   : THOMPSON, JAMAL                       ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT  TIVITY

     TRAN
DATE CODE  DESCRIPTION   COMMENT    CHECK     DEPOSITS  WITHDRAWALS  BALANCE

03/29/2008 BEGINNING BALANCE                                          37.17
04/24 D340 EFT DEPOSIT   3523 7152              70.00                107.17
05/06 D554 INMATE PAYROL 3626 P1                17.16                124.33
05/07 D300 CASH DEPOSIT  3666 69885            100.00                224.33
05/13 FC02 DRAW-FAC 2    3729 U-I                          180.00     44.33
06/05*D554 INMATE PAYROL 4026 P6                29.00                 73.33
06/23*W536 COPAY CHARGE  4317 0668                           5.00     68.33
07/16 W536 COPAY CHARGE  0216 3530                           5.00     63.33
07/28 W536 COPAY CHARGE  0355 9533                           5.00     58.33

                              TRUST ACCOUNT  MMARY

BEGINNING      TOTAL        TOTAL          URRENT      HOLDS       TRANSACTIONS
 BALANCE     DEPOSITS    WITHDRAWALS       ALANCE     BALANCE      TO BE POSTED

  37.17       216.16        195.00          58.33       0.00           0.00

                                                          CURRENT
                                                         AVAILABLE
                                                          BALANCE

                                                           58.33
```

CORRECTIONAL
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 8-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] TRUST OFFICE
Account Technician



