```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611022982
Cashier ID: sprinka
Transaction Date: 09/02/2008
Payer Name: STATE OF CALIFORNIA
------------------------------------
WRIT OF HABEAS CORPUS
 For: STATE OF CALIFORNIA
 Amount:         $5.00
------------------------------------
CHECK
 Check/Money Order Num: 203440995
 Amt Tendered:  $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00
```

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.