UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMAL THOMPSON,

         Petitioner,                No. C 08-3834 PJH (PR)

  vs.                                  **ORDER OF DISMISSAL**

BEN CURRY, Warden,

         Respondent.

     This is a habeas case filed pro se by a state prisoner. In the initial review order the petition was dismissed with leave to amend within thirty days. Petitioner was warned that if he did not amend within the time allowed the case would be dismissed. The court subsequently granted his motion for an extension of time to amend, but now the extended time to do so has expired without an amendment.

     This case therefore is **DISMISSED** without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 14, 2008.

                                                PHYLLIS J. HAMILTON
                                                United States District Judge

G:\PRO-SE\PJH\HC.08\THOMPSON3834.DSM-no amendment.wpd